# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL L. MCDONALD,

    Plaintiff,

v.

EQUIFAX, INC.,
EXPERIAN, L.L.C. and
TRANS UNION, L.L.C.,

    Defendants.

Civil Action No. _____

## DEFENDANT EQUIFAX, INC.'S CONSENT TO REMOVAL

Without waiving any of its defenses or any other rights, Defendant Equifax, Inc. hereby consents to the notice of removal of this action from the District Court of Rockwall County, Texas, wherein it is now pending, to the United States District Court for the Northern District of Texas, Dallas Division. Removal of this action is proper for the reasons set forth in the Notice of Removal and Exhibits thereto filed by co-defendant Trans Union LLC. Defendant Equifax, Inc. first received a copy of the Summons and Petition, the initial pleading setting forth the claim for relief upon which this action is based, on September 14, 2015.

Respectfully submitted this 30th day of September, 2015.

_____
Kendall W. Carter
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 572-2495
Facsimile: (404) 572-5100
kcarter@kslaw.com
*Counsel for Equifax, Inc.*